# Court of Appeals
# of the State of Georgia

ATLANTA, June 05, 2017

*The Court of Appeals hereby passes the following order:*

**A17I0231.  LUIS ENRIQUE VIJARRO v. THE STATE.**

Luis Enrique Vijarro filed an interlocutory application seeking to appeal the trial court's order denying his ex parte motion for funds.  Vijarro now seeks to withdraw his application.  Vijarro's motion to withdraw his application is hereby GRANTED, and his application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/05/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*